October 4, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

CHARLES ORR, INDIVIDUALLY AND DBA SUNBELT SERVICES GROUP,
Appellant

NO. 14-12-00741-CV                                    V.

CHAMPION WIRE & CABLE, LLC, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on April 18, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Charles Orr, Individually and dba Sunbelt Services Group.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.